■ MARIA SWEZEY, Respondent, v MONTAGUE REHAB & PAIN MANAGEMENT, P.C., et al., Defendants, and EAST COAST ACUPUNCTURE SERVICES, P.C., et al., Appellants. [757 NYS2d 762] —In an action to recover damages for medical malpractice, the defendants East Coast Acupuncture Services, P.C., and John Iozzio appeal, and the defendants Raksana Khanukaeva, also known as Roxana Khanukaev and Chun-Yuan Li separately appeal, as limited by their respective briefs, from so much of an order of the Supreme Court, Queens County (Kitzes, J.), dated January 15, 2002, as denied their respective motions for summary judgment dismissing the complaint insofar as asserted against them without prejudice to renewal upon completion of discovery.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs.

The type and size of the needles that became lodged in and were surgically removed from the plaintiff's heart are critical issues in this case. Those needles had not yet been removed from a sealed pathology bag and examined by an expert at the time the appellants moved for summary judgment. Consequently, the Supreme Court properly denied their respective motions without prejudice to renewal (see CPLR 3212 [f]; *Hoxha v City of New York,* 265 AD2d 379 [1999]). Altman, J.P., Goldstein, Luciano and Rivera, JJ., concur.

■ MARIA SWEZEY, Respondent, v MONTAGUE REHAB & PAIN MANAGEMENT, P.C., et al., Defendants, and CHOONG KIM, Appellant. [757 NYS2d 763] —In an action to recover damages for medical malpractice, the defendant Choong Kim appeals from an order of the Supreme Court, Queens County (Kitzes, J.), dated March 5, 2002, which denied his motion for summary judgment dismissing the complaint insofar as asserted against him without prejudice to renewal upon completion of discovery.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the appellant's motion for summary judgment without prejudice to renewal (see *Swezey v Montague Rehab & Pain Mgt.,* 304 AD2d 746 [decided herewith]). Altman, J.P., Goldstein, Luciano and Rivera, JJ., concur.